No. 290. BLOUNT, POSTMASTER GENERAL *v.* UNITED FEDERATION OF POSTAL CLERKS, AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *Ralph A. Fine* for petitioner. *Herbert S. Thatcher* and *Donald M. Murtha* for respondents.

No. 310. UNITED STATES FOR THE USE OF MOORE ET AL. *v.* GENERAL INSURANCE COMPANY OF AMERICA. C. A. 5th Cir. Certiorari denied. *Artie P. Stephens* for petitioners. *M. R. Irion* for respondent.

No. 438. SEARS, ROEBUCK & CO. *v.* HANNIGAN ET AL. C. A. 7th Cir. Certiorari denied. *Burton Y. Weitzenfeld* for petitioner. *W. P. Butler* for respondents.

No. 442. CONRAD *v.* GRAF BROS., INC., ET AL. C. A. 1st Cir. Certiorari denied. *Lawrence F. O'Donnell* for petitioner. *Stanley M. Epstein* for respondents.

No. 443. CONTINENTAL INSURANCE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Frederick T. Shea* and *Irving Brand* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 452. HALE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *H. H. Gearinger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.